# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PIERRE KALOMBO,

                Plaintiff,

v.

SKILLET,

                Defendant.

Case No. 24-CV-1977 (NEB/DJF)

ORDER ON REPORT
AND RECOMMENDATION

The Court has received the September 16, 2024 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED;

2. Plaintiff Pierre Kalombo's Amended Complaint (ECF No. 7) is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2) for failure to state a claim; and

3. Kalombo's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 29, 2024                          BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge